United States Bankruptcy Court
Southern District of Texas

**ENTERED**
August 06, 2024
Nathan Ochsner, Clerk

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| In re: | § | |
| TAF PINNACLE PARK, LLC, | § | Chapter 11 |
| Debtor. | § | Case No. 24-90434 |
| Tax I.D. No. 47-2773055 | § | |
| In re: | § | |
| OME LAKE VISTA III & IV, LLC, | § | Chapter 11 |
| Debtor. | § | Case No. 24-90435 |
| Tax I.D. No. 84-3114040 | § | |
| In re: | § | |
| THE AZTEC FUND HOLDING, INC., | § | Chapter 11 |
| Debtor. | § | Case No. 24-90436 |
| Tax I.D. No. 61-1747839 | § | |
| In re: | § | |
| AZTEC OME HOLDINGS, INC., | § | Chapter 11 |
| Debtor. | § | Case No. 24-90437 |
| Tax I.D. No. 84-2571731 | § | |
| In re: | § | |
| TAF PINNACLE PARK LAND, LLC, | § | Chapter 11 |
| Debtor. | § | Case No. 24-90438 |
| Tax I.D. No. – N/A | § | |

| | | |
|---|---|---|
| In re:<br><br>OME WINDWARD OAKS, LLC,<br><br>    Debtor.<br><br>Tax I.D. No. 84-2595261 | § § § § § § § § § | Chapter 11<br><br>Case No. 24-90439 |
| In re:<br><br>TAF INTELLICENTER, LLC,<br><br>    Debtor.<br><br>Tax I.D. No. 81-1380832 | § § § § § § § § § | Chapter 11<br><br>Case No. 24-90440 |
| In re:<br><br>TAF LAKESIDE II, LLC,<br><br>    Debtor.<br><br>Tax I.D. No. 81-2830253 | § § § § § § § § § | Chapter 11<br><br>Case No. 24-90441 |
| In re:<br><br>TAF ROYAL TECH, LLC,<br><br>    Debtor.<br><br>Tax I.D. No. 47-4736049 | § § § § § § § § § | Chapter 11<br><br>Case No. 24-90442 |
| In re:<br><br>OME 2001 MARK CENTER, LLC,<br><br>    Debtor.<br><br>Tax I.D. No. 85-3479459 | § § § § § § § § § | Chapter 11<br><br>Case No. 24-90443 |

| | | |
|---|---|---|
| In re:<br><br>OME BOWIE CORPORATE CENTER, LLC,<br><br>　　　　Debtor.<br><br>Tax I.D. No. 85-4102184 | § § § § § § § § § § | Chapter 11<br><br>Case No. 24-90444 |
| In re:<br><br>TAF 5775 DTC, LLC,<br><br>　　　　Debtor.<br><br>Tax I.D. No. 82-3652526 | § § § § § § § § § | Chapter 11<br><br>Case No. 24-90445 |

## ORDER DIRECTING JOINT ADMINISTRATION OF THE CHAPTER 11 CASES

Upon the motion (the "Motion") of the above-captioned debtors and debtors-in-possession (collectively, the "Debtors") for entry of an order (this "Order") (a) directing procedural consolidation and joint administration of these chapter 11 cases and (b) granting related relief, all as more fully set forth in the Motion; and the Court having reviewed the Motion and having heard the statements in support of the relief requested therein at a hearing before the Court, if any (the "Hearing"); and the Court having jurisdiction over this matter pursuant to 28 U.S.C. § 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157; and the Court having found that it may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and the Court having found that the Debtors' notice of the Motion and opportunity for a hearing on the Motion were appropriate under the circumstances and no other notice need be provided; and the Court having found that the relief requested in the Motion is in the best interests of the Debtors' estates, their creditors, and other parties in interest; and the Court having determined that the legal and factual bases set forth in the

3

Motion and at the Hearing establish just cause for the relief granted herein; and upon all of the proceedings had before this Court; and after due deliberation and sufficient cause appearing therefor, it is HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein.

2. The above captioned cases are consolidated for procedural purposes only and shall be jointly administered by the Court under the case number assigned to The Aztec Fund Holding, Inc., Case No. 24-90436. Additionally, the following checked items are ordered:

   a. ☒ One disclosure statement and plan of reorganization may be filed for all of the cases by any plan proponent.

   b. ☒ Parties may request joint hearings on matters pending in any of the jointly administered cases.

   c. ☒ Other (see below).

3. The caption of the jointly administered cases should read as follows:

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| THE AZTEC FUND HOLDING, *et al.*,[1] | § § | Case No. 24-90436 (CML) |
| Debtors. | § § § | (Jointly Administered) |

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, if any, are: The Aztec Fund Holding, Inc. (7839); Aztec OME Holdings, Inc. (1731); OME 2001 Mark Center, LLC (9459); OME Bowie Corporate Center, LLC (2184); OME Lake Vista III & IV, LLC (4040); OME Windward Oaks, LLC (5261); TAF 5775 DTC, LLC (2526); TAF Intellicenter, LLC (0832); TAF Lakeside II, LLC (0253); TAF Pinnacle Park, LLC (3055); TAF Pinnacle Park Land, LLC; and TAF Royal Tech, LLC (6049). The Debtors' service address is: Paseo de los Tamarindos 90, Torre 2 - Piso 27, Bosque de las Lomas, CDMX 05120.

4. The foregoing caption satisfies the requirements set forth in section 342(c)(1) of the Bankruptcy Code.

5. A docket entry, substantially similar to the following, shall be entered on the dockets of each of the Debtors other than The Aztec Fund Holding, Inc.:

> An order has been entered in accordance with Rule 1015(b) of the Federal Rules of Bankruptcy Procedure and Rule 1015 1 of the Bankruptcy Local Rules for the Southern District of Texas directing joint administration for procedural purposes of the chapter 11 cases of each of the following: The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, if any, are: The Aztec Fund Holding, Inc. (7839); Aztec OME Holdings, Inc. (1731); ONE 2001 Mark Center, LLC; OME Bowie Corporate Center, LLC; OME Lake Vista III & IV, LLC; OME Windward Oaks, LLC; TAF 5775 DTC, LLC; TAF Intellicenter, LLC; TAF Lakeside II, LLC; TAF Pinnacle Park, LLC; TAF Pinnacle Park Land, LLC; and TAF Royal Tech, LLC. The Debtors' service address is: Paseo de los Tamarindos 90, Torre 2 - Piso 27, Bosque de las Lomas, CDMX 05120. **All further pleadings and other papers shall be filed in and all further docket entries shall be made in Case No. 24-90436.**

6. The Debtors shall maintain, and the Clerk of the United States Bankruptcy Court for the Southern District of Texas shall keep, one consolidated docket, one file, and one consolidated service list for these chapter 11 cases.

7. Nothing contained in the Motion or this Order shall be deemed or construed as directing or otherwise effecting a substantive consolidation of these chapter 11 cases and this Order shall be without prejudice to the rights of the Debtors to seek entry of an order substantively consolidating their respective cases.

8. The Debtors are authorized to take all actions necessary to effectuate the relief granted in this Order in accordance with the Motion.

9. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

Signed: August 06, 2024

_____
Christopher Lopez
United States Bankruptcy Judge